# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

WILHEMINA BRYAN,

    Petitioner,

v.                                        CASE NO. 4:10cv496-RH/WCS

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER DISMISSING PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 9.  No objections have been filed.

The petitioner was convicted and sentenced in the United States District Court for the Middle District of Florida.  She appealed.  The Eleventh Circuit affirmed the judgment.  The petitioner filed a motion challenging the judgment under 28 U.S.C. § 2255.  The Middle District denied the motion.

The petitioner now has filed in this court a petition under 28 U.S.C. § 2241 challenging the Middle District judgment.  She asserts she was improperly classified as a career offender under the United States Sentencing Guidelines.  The petitioner is correct that recent decisions have changed the law of the circuit on the

application of the career-offender guidelines.  *See*, *e.g.*, *Begay v. United States*, 553 U.S. 137 (2008); *United States v. Archer*, 531 F.3d 1347 (11th Cir. 2008).  But the petitioner has not alleged that any of the recent changes have anything to do with *her* treatment as a career offender, which apparently was based on prior drug convictions.

In any event, the report and recommendation correctly concludes that the law of the circuit is now this: a defendant whose conviction has become final and who has lost a § 2255 motion cannot challenge her career-offender treatment under § 2241.  *See Gilbert v. United States*, 640 F.3d 1293 (11th Cir. 2011) (*en banc*).  The petition thus must be dismissed.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED.  The clerk must enter judgment stating, "The petition under 28 U.S.C. § 2241 is dismissed with prejudice."  The clerk must close the file.

SO ORDERED on July 18, 2011.

                                                  s/Robert L. Hinkle
                                                United States District Judge